1  ERIC GRANT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                    CASE NO.  1:25-MJ-00132-BAM

12                           Plaintiff,         FINDINGS AND ORDER EXTENDING TIME FOR
                                                PRELIMINARY HEARING PURSUANT TO RULE
13                    v.                        5.1(d) AND EXCLUDING TIME

14 JACIEL ULISES FIGUEROA LOZANO, AKA           DATE: December 5, 2025
   JACIEL LOZANO FIGUEROA,                      TIME: 2:00 p.m.
15                                              COURT: Hon. Barbara A. McAuliffe
                             Defendant.
16

17

18        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 25, 2025.

20 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 5.1(d) of the Federal Rules of Criminal Procedure.

23        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the best interests of the public and the defendant

25 in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

26 not adversely affect the public interest in the prompt disposition of criminal cases.

27        THEREFORE, FOR GOOD CAUSE SHOWN:

28        1.        The date of the preliminary hearing is extended to **December 19, 2025, at 2:00 p.m.**

   FINDINGS AND ORDER                           1

1  **before Magistrate Judge Stanley A. Boone.**

2      2.      The time between December 5, 2025, and December 19, 2025, shall be excluded from

3  calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4      3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

5

6  IT IS SO ORDERED.

7      Dated:    **November 25, 2025**          /s/ *Barbara A. McAuliffe*

8                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINDINGS AND ORDER                    2