ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00132-BAM |
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| JACIEL ULISES FIGUEROA LOZANO, AKA JACIEL LOZANO FIGUEROA, | DATE: December 19, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 16, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

FINDINGS AND ORDER

1

1      THEREFORE, FOR GOOD CAUSE SHOWN:

2      1.      The date of the preliminary hearing is extended to January 15, 2026, at 2:00 p.m.

3      2.      The time between December 19, 2025, and January 15, 2026, shall be excluded from

4   calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

5      3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

6

7   IT IS SO ORDERED.

8   Dated:    **December 16, 2025**      _____

                                          STANLEY A. BOONE
9                                          United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINDINGS AND ORDER

2