ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00132-BAM |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| JACIEL ULISES FIGUEROA LOZANO, AKA JACIEL LOZANO FIGUEROA | DATE: January 15, 2026 TIME: 2:00 p.m. COURT: Hon. Sheila K. Oberto |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney LAUREL J. MONTOYA, and defendant JACIEL ULISES FIGUEROA LOZANO, both individually and by and through his counsel of record, ADILENE FLORES ESTRADA, hereby stipulate as follows:

1.      The Complaint in this case was filed on November 5, 2025, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on November 21, 2025. The court set a preliminary hearing date of December 5, 2025.

2.      A request to continue the preliminary hearing until December 19, 2025 the to January 15, 2026 was granted by the Court.

3.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to January 29, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

STIPULATION

1

4.      The government needs additional time to prepare plea documents for review by defense counsel.  Additionally, there was a problem with the discovery provided to defense counsel and the parties are trying to resolve the issue.

5.      The parties stipulate that the delay is required to allow the defense reasonable time for preparation, for the government's continuing investigation of the case, and for the government to provide an offer.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6.      The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 15, 2026, and January 29, 2026, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated:  January 14, 2026                                    ERIC GRANT
                                                           United States Attorney


                                                           /s/ LAUREL J. MONTOYA
                                                           LAUREL J. MONTOYA
                                                           Assistant United States Attorney


Dated:  January 14, 2026                                    /s/ ADILENE FLORES
                                                           ESTRADA
                                                           ADILENE FLORES ESTRADA
                                                           Counsel for Defendant
                                                           JACIEL ULISES FIGUEROA
                                                           LOZANO

STIPULATION

2

ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JACIEL ULISES FIGUEROA LOZANO, AKA JACIEL LOZANO FIGUEROA,<br><br>                              Defendant. | CASE NO.  1:25-MJ-00132-BAM<br><br>ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: January 26, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on January 14, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to January 29, 2026, at 2:00 p.m.

STIPULATION

3

2.      The time between January 26, 2026, and January 29, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendant shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.

Dated:    **January 14, 2026**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION

4